# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2019

### NO. 03-17-00808-CV

**NGL Water Solutions Eagle Ford, LLC, Appellant**

**v.**

**Railroad Commission of Texas and Blue Water Disposal, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on November 3, 2017. The Court affirms the portion of the trial court's order affirming the Railroad Commission's order and dismisses NGL's claims for declaratory relief. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.